**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **JERRY WILLIAMS, SR.,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**HUB GROUP, INC.,**<br><br>*Defendant.* | **CIVIL ACTION NO.**<br>**3:26-cv-00032-TES** |

# ORDER

Before the Court is Pro Se Plaintiff Jerry Williams, Sr.'s Motion for Appointment of Counsel [Doc. 19], presumably brought under 28 U.S.C. § 1915(e)(1). *See* [Doc. 19]. In his Motion, Plaintiff asserts that he "does not have the financial ability to retain counsel to adequately represent [himself] in this federal litigation" and that "[t]his case involves federal disability law and federal court procedures that Plaintiff believes are complex and difficult to navigate without legal representation." [*Id.* at p. 1]. Plaintiff alleges that he "has made efforts to obtain legal representation but has been unable to secure an attorney willing and able to represent him in this matter." [*Id.*]. Ultimately, Plaintiff "requests that the Court consider his financial circumstances, the complexity of the claims, the importance of discovery and evidence, and any limitations that may interfere with his ability to adequately represent himself." [*Id.*].

A civil litigant has no absolute constitutional right to the appointment of counsel. *Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987). Instead, the appointment of counsel is a privilege, which is justified only by exceptional circumstances, such as when the facts and legal issues are so novel or complex as to require the assistance of counsel. *Id.* at 1028. Here, the Court has considered the matter's complexity and Plaintiff's ability to prosecute his claims. The Court is unable to identify any exceptional circumstances, such as novel or complex facts and legal issues, that would require the appointment of counsel. As such, the Court exercises its discretion and denies the appointment of counsel for Plaintiff. *See* 28 U.S.C. § 1915(e)(1).

**SO ORDERED**, this 14th day of August, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**